# United States District Court

FILED

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

2014 OCT 22  A 9 52

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

WHO

# CR 14 534

### JOSEPH J. GIRAUDO

DEFENDANT(S).

---

# INDICTMENT

Title 15 U.S.C. Section 1 (Bid Rigging)
(Counts One, Six)
Title 18 U.S.C. Section 1341 (Mail Fraud)
(Counts Two, Three, Four, Five, Seven, Eight)

---

A true bill.

_____
Foreman

Filed in open court this ___21st___ day of

___October 2014___.

___Stephen Ybarra___
Clerk

Bail, $ No process

# United States District Court

## FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

FILED

2014 OCT 22  A 9: 52

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

## CR  14  534

WHO

### RAYMOND A. GRINSELL

DEFENDANT(S).

---

# INDICTMENT

Title 15 U.S.C. Section 1 (Bid Rigging)
(Counts One, Six)
Title 18 U.S.C. Section 1341 (Mail Fraud)
(Counts Two, Three, Five, Seven, Eight)

---

A true bill.

_____
                        Foreman

Filed in open court this _2ı st_ day of

_October 2014_.

_Stephen Ybarra_
                        Clerk

_____
                Bail, $ _no proc_

# United States District Court

FILED

## FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

2014 OCT 22  A 9 52



RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WHO

## UNITED STATES OF AMERICA,

### V.

# CR  14  534

## KEVIN B. CULLINANE

## DEFENDANT(S).

# INDICTMENT

Title 15 U.S.C. Section 1 (Bid Rigging)
(Counts One)
Title 18 U.S.C. Section 1341 (Mail Fraud)
(Counts Two, Three, Four)

A true bill.

_____
Foreman

Filed in open court this _2 1st_ day of

_October 2014_

_Stephen ybarra_
Clerk

Bail, $ _no process_

# United States District Court

FILED

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

2014 OCT 22  A 9: 52

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

WHO

# CR  14   534

## JAMES F. APPENRODT

DEFENDANT(S).

---

# INDICTMENT

Title 15 U.S.C. Section 1 (Bid Rigging)
(Counts One, Six)
Title 18 U.S.C. Section 1341 (Mail Fraud)
(Counts Three, Four, Five, Eight)

---

A true bill.

_____ Foreman

Filed in open court this __21st__ day of

__October 2014__

__Stephen Ybarra__ Clerk

Bail, $ no process

# United States District Court FILED

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

2014 OCT 22  A 9: 52

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

# CR  14  534

## ABRAHAM S. FARAG

DEFENDANT(S).

---

# INDICTMENT

Title 15 U.S.C. Section 1 (Bid Rigging)
(Counts One)
Title 18 U.S.C. Section 1341 (Mail Fraud)
(Counts Two, Four)

---

A true bill.

_____ Foreman

Filed in open court this _21st_ day of

_October 2014_.

_Stephen Ybarra_
Clerk

Bail, $ _no_

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

Title 15 U.S. Code, Section 1 (Bid Rigging)
Counts One, Six
Title 18 U.S. Code, Section 1341 (Mail Fraud)
Counts Two, Three, Four, Five, Seven, Eight

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

PENALTY:  See attachment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

*FILED*
*2014 OCT 22  A  9 52*
*RICHARD W. WIEKING*
*NORTHERN DISTRICT COURT*
*DISTRICT OF CALIFORNIA*

### DEFENDANT - U.S

▶ JOSEPH J. GIRAUDO

DISTRICT COURT NUMBER
**CR 14  534**

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form     Antitrust Division

☐ U.S. Attorney  ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     David J. Ward, Trial Attorney

### DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction                    ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes
been filed?   ☐ No
If "Yes"
give date
filed

**DATE OF
ARREST**     Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY** ▶     Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                    Before Judge:

Comments:

PENALTY SHEET

**Individual:    Joseph J. Giraudo**

15 U.S.C. § 1 – Bid Rigging (Counts One, Six)

Maximum Penalties:
1.      A term of imprisonment of 10 years
2.      A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.      A period of supervised release of not more than 3 years
4.      $100 special assessment per count ($200)
5.      Restitution

18 U.S.C. § 1341 – Mail Fraud (Counts Two, Three, Four, Five, Seven, Eight)

Maximum Penalties:
1.      A term of imprisonment of 20 years
2.      A fine of $1 million
3.      A period of supervised release of not more than 3 years
4.      $100 special assessment per count ($600)
5.      Restitution

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

**OFFENSE CHARGED**

Title 15 U.S. Code, Section 1 (Bid Rigging)
Counts One, Six
Title 18 U.S. Code, Section 1341 (Mail Fraud)
Counts Two, Three, Five, Seven, Eight

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  See attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*FILED*

**DEFENDANT - U.S**

▶ RAYMOND A. GRINSELL

DISTRICT COURT NUMBER

**CR 14   534**

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form      Antitrust Division

☐ U.S. Attorney  ☒ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)     David J. Ward, Trial Attorney

---

**DEFENDANT**

**IS NOT IN CUSTODY**

Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges      ☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶      Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶      Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT      Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____      Before Judge: _____

Comments:

PENALTY SHEET

**Individual:   Raymond A. Grinsell**

15 U.S.C. § 1 – Bid Rigging (Counts One, Six)

Maximum Penalties:
1.    A term of imprisonment of 10 years
2.    A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.    A period of supervised release of not more than 3 years
4.    $100 special assessment per count ($200)
5.    Restitution

18 U.S.C. § 1341 – Mail Fraud (Counts Two, Three, Five, Seven, Eight)

Maximum Penalties:
1.    A term of imprisonment of 20 years
2.    A fine of $1 million
3.    A period of supervised release of not more than 3 years
4.    $100 special assessment per count ($500)
5.    Restitution

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

— OFFENSE CHARGED —

Title 15 U.S. Code, Section 1 (Bid Rigging)
Count One
Title 18 U.S. Code, Section 1341 (Mail Fraud)
Counts Two, Three, Four

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

PENALTY:   See attachment.

Name of District Court, and/or Judge/Magistrate Location

~~FILED~~

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

2014 OCT 22 A 9: 52

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

— DEFENDANT - U.S —

► KEVIN B. CULLINANE

DISTRICT COURT NUMBER

CR  14  534
WHO

— PROCEEDING —

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:                                         SHOW
                                            DOCKET NO.
☐ U.S. ATTORNEY   ☐ DEFENSE   }

☐ this prosecution relates to a
pending case involving this same
defendant                                  MAGISTRATE
                                           CASE NO.
☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this   }
defendant were recorded under

Name and Office of Person
Furnishing Information on this form       Antitrust Division

☐ U.S. Attorney   ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)       David J. Ward, Trial Attorney

— DEFENDANT —

IS *NOT* IN CUSTODY
1) ☒  Has not been arrested, pending outcome this proceeding.
       If not detained give date any prior
       summons was served on above charges ►

2) ☐  Is a Fugitive

3) ☐  Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐  On this charge

5) ☐  On another conviction          }  ☐ Federal ☐ State

6) ☐  Awaiting trial on other charges
       If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes      If "Yes"
been filed?     ☐ No        give date
                            filed

DATE OF                     Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED            Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT       Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance        * Where defendant previously apprehended on complaint, no new summons or
                                            warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

                                            Date/Time:              Before Judge:

Comments:

PENALTY SHEET

**Individual:**   **Kevin B. Cullinane**

15 U.S.C. § 1 – Bid Rigging (Count One)

Maximum Penalties:
1.      A term of imprisonment of 10 years
2.      A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.      A period of supervised release of not more than 3 years
4.      $100 special assessment per count ($100)
5.      Restitution

18 U.S.C. § 1341 – Mail Fraud (Counts Two, Three, Four)

Maximum Penalties:
1.      A term of imprisonment of 20 years
2.      A fine of $1 million
3.      A period of supervised release of not more than 3 years
4.      $100 special assessment per count ($300)
5.      Restitution

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

**OFFENSE CHARGED**

Title 15 U.S. Code, Section 1  (Bid Rigging)
Counts One, Six
Title 18 U.S. Code, Section 1341 (Mail Fraud)
Counts Three, Four, Five, Eight

PENALTY:   See attachment.

☐ Petty
☐ Minor
☐ Misde-
     meanor
☒ Felony

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*FILED*
2014 OCT A 9 52
~~RICHARD W. WIEKING~~
~~NORTHERN DISTRICT COURT~~
~~NORTHERN DISTRICT OF CALIFORNIA~~

**DEFENDANT - U.S**

▶  JAMES F. APPENRODT

DISTRICT COURT NUMBER

**CR   14   534   WHO**

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court,
    give name of court

☐ this person/proceeding is transferred from another district
    per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
    charges previously dismissed
    which were dismissed on motion
    of:
        ☐ U.S. ATTORNEY   ☐ DEFENSE
}  SHOW
    DOCKET NO.

☐ this prosecution relates to a
    pending case involving this same
    defendant
}  MAGISTRATE
    CASE NO.

☐ prior proceedings or appearance(s)
    before U.S. Magistrate regarding this
    defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form         Antitrust Division

☐ U.S. Attorney   ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)         David J. Ward, Trial Attorney

**DEFENDANT**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
     summons was served on above charges  ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
}  ☐ Federal  ☐ State

     If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes
been filed?   ☐ No
}  If "Yes"
    give date
    filed

**DATE OF
ARREST**                Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY**            Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT      Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

PENALTY SHEET

**Individual:   James F. Appenrodt**

15 U.S.C. § 1 – Bid Rigging (Counts One, Six)

Maximum Penalties:
1.      A term of imprisonment of 10 years
2.      A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.      A period of supervised release of not more than 3 years
4.      $100 special assessment per count ($200)
5.      Restitution

18 U.S.C. § 1341 – Mail Fraud (Counts Three, Four, Five, Eight)

Maximum Penalties:
1.      A term of imprisonment of 20 years
2.      A fine of $1 million
3.      A period of supervised release of not more than 3 years
4.      $100 special assessment per count ($400)
5.      Restitution

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

Title 15 U.S. Code, Section 1 (Bid Rigging)
Count One
Title 18 U.S. Code, Section 1341 (Mail Fraud)
Counts Two, Four

☐ Petty
☐ Minor
☐ Misde-
    meanor
☒ Felony

PENALTY:   See attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

*FILED*

*OCT 22 52*

*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

─── **DEFENDANT - U.S** ───

▶ ABRAHAM S. FARAG

DISTRICT COURT NUMBER

CR   14   534 WHO

─── **PROCEEDING** ───

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form         Antitrust Division

☐ U.S. Attorney   ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)         David J. Ward, Trial Attorney

─── **DEFENDANT** ───

**IS *NOT* IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding.
    If not detained give date any prior
    summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
} ☐ Federal   ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes    If "Yes"
been filed?    ☐ No      give date filed

DATE OF ARREST ▶         Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶       Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT      Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                    Before Judge:

Comments:

PENALTY SHEET

**Individual:   Abraham S. Farag**

15 U.S.C. § 1 – Bid Rigging (Count One)

Maximum Penalties:
1.      A term of imprisonment of 10 years
2.      A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.      A period of supervised release of not more than 3 years
4.      $100 special assessment per count ($100)
5.      Restitution

18 U.S.C. § 1341 – Mail Fraud (Counts Two, Four)

Maximum Penalties:
1.      A term of imprisonment of 20 years
2.      A fine of $1 million
3.      A period of supervised release of not more than 3 years
4.      $100 special assessment per count ($200)
5.      Restitution

1  DAVID J. WARD (CSBN 239504)

    CHRISTINA M. WHEELER (CSBN 203395)

2  LIDIA MAHER (CSBN 222253)

3  ANDREW J. NICHOLSON-MEADE (CSBN 284070)

    U.S. Department of Justice

4  Antitrust Division

    450 Golden Gate Avenue

5  Box 36046, Room 10-0101

6  San Francisco, CA 94102

    Telephone: (415) 934-5300

7  david.ward@usdoj.gov

8  Attorneys for the United States

9

10               UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA    )  **CR 14 534**

                        )

15                    )  **INDICTMENT**

            v.         )

16                    )  VIOLATIONS: 15 U.S.C. § 1 –

                    )  Bid Rigging (Counts One & Six);

17  JOSEPH J. GIRAUDO,        )  18 U.S.C. § 1341 – Mail Fraud (Counts

    RAYMOND A. GRINSELL,    )  Two, Three, Four, Five, Seven & Eight)

18  KEVIN B. CULLINANE,      )

    JAMES F. APPENRODT, and   )

19  ABRAHAM S. FARAG,      )

20                    )

           Defendants.     )

21                    )

22  _____)

23  The Grand Jury charges that:

24                       BACKGROUND

25       1.     At all times relevant to this Indictment, when California homeowners defaulted on

26  their mortgages, mortgage holders could institute foreclosure proceedings and sell the properties

27  through non-judicial public real estate foreclosure auctions ("public auctions"). These public

28  auctions were governed by California Civil Code, Section 2924, *et seq.* Typically, a trustee was

FILED

2014 OCT 22 A 9: 56

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WHO

appointed to oversee the public auctions. These public auctions usually took place at or near the courthouse of the county in which the properties were located. The auctioneer, acting on behalf of the trustee, sold the property to the bidder offering the highest purchase price. Proceeds from the sale were then used to pay the mortgage holders, other holders of debt secured by the property, and, in some cases, the defaulting homeowner (collectively "beneficiaries").

2.      During the period covered by this Indictment, defendant JOSEPH J. GIRAUDO was a bidder at and purchased real estate at public auctions in San Mateo and San Francisco counties, California.

3.      During the period covered by this Indictment, defendant RAYMOND A. GRINSELL was a bidder at and purchased real estate at public auctions in San Mateo and San Francisco counties, California.

4.      During the period covered by this Indictment, defendant KEVIN B. CULLINANE was a bidder at and purchased real estate at public auctions in San Mateo County, California.

5.      During the period covered by this Indictment, defendant JAMES F. APPENRODT was a bidder at and purchased real estate at public auctions in San Mateo and San Francisco counties, California, on behalf of defendant JOSEPH J. GIRAUDO and others.

6.      During the period covered by this Indictment, defendant ABRAHAM S. FARAG was a bidder at and purchased real estate at public auctions in San Mateo County, California.

**COUNT ONE**: 15 U.S.C. § 1 – Bid Rigging (San Mateo County)

7.      The following individuals are hereby indicted and made defendants on the charge contained in Count One below:

        a.      JOSEPH J. GIRAUDO;

        b.      RAYMOND A. GRINSELL;

        c.      KEVIN B. CULLINANE;

        d.      JAMES F. APPENRODT; and

        e.      ABRAHAM S. FARAG.

//

//

## THE COMBINATION AND CONSPIRACY

8.      Paragraphs 1 through 6 of this Indictment are re-alleged and incorporated herein as if fully set forth in this Count.

9.      Beginning no later than August 2008 and continuing until on or about January 11, 2011, the exact dates being unknown to the Grand Jury, the defendants, JOSEPH J. GIRAUDO, RAYMOND A. GRINSELL, KEVIN B. CULLINANE, JAMES F. APPENRODT, ABRAHAM S. FARAG, and others known and unknown to the Grand Jury, entered into and engaged in a combination and conspiracy to suppress and restrain competition by rigging bids to obtain dozens of selected properties offered at public auctions in San Mateo County in the Northern District of California, in unreasonable restraint of interstate trade and commerce, in violation of Section 1 of the Sherman Act, Title 15, United States Code.

10.     The charged combination and conspiracy consisted of a continuing agreement, understanding, and concert of action among the defendants and co-conspirators to suppress competition by agreeing to refrain from or stop bidding against each other to purchase selected properties at public auctions in San Mateo County at non-competitive prices.

## MEANS AND METHODS

11.     For the purpose of forming and carrying out the charged combination and conspiracy, the defendants and co-conspirators did those things that they combined and conspired to do, including, among other things:

a.      agreeing not to compete or to stop competing to purchase selected properties at public auctions in return for payoffs;

b.      designating which conspirators would win selected properties at public auctions;

c.      refraining from or stopping bidding for selected properties at public auctions; and

d.      purchasing selected properties at public auctions at artificially suppressed prices.

//

3

12.     Various entities and individuals, not made defendants in this Count, participated as co-conspirators in the offense charged and performed acts and made statements in furtherance thereof.

## TRADE AND COMMERCE

13.     The public auctions and the business activities of the defendants and co-conspirators that are the subject of this Count were within the continuous and uninterrupted flow of, and substantially affected, interstate trade and commerce.  For example, during the period covered by this Count:

a.     substantial proceeds from the sale of properties purchased by the co-conspirators pursuant to the bid-rigging conspiracy were transmitted from locations in one state to certain beneficiaries located in other states;

b.     instructions regarding the terms of sale of properties that would be purchased by the co-conspirators pursuant to the bid-rigging conspiracy were transmitted and communicated by certain beneficiaries located in one state to trustees located in other states;

c.     paperwork related to the sale of properties purchased by the co-conspirators pursuant to the bid-rigging conspiracy was sent by trustees located in one state to certain beneficiaries located in other states, notifying them of the sale of properties in which the beneficiaries held an interest; and

d.     beneficiaries included companies that operated in interstate commerce.

## JURISDICTION AND VENUE

14.     The combination and conspiracy charged in this Count was carried out, in part, in the Northern District of California, within the five years preceding the return of this Indictment.

ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

**COUNTS TWO THROUGH FIVE: 18 U.S.C. § 1341 – Mail Fraud (San Mateo County)**

The Grand Jury further charges that:

## THE SCHEME TO DEFRAUD

15.     Paragraphs 1 through 6 of this Indictment are re-alleged and incorporated herein as if fully set forth in these Counts.

4

16.     Beginning no later than August 2008 and continuing until on or about January 11, 2011, the exact dates being unknown to the Grand Jury, in San Mateo County in the Northern District of California, the defendants, JOSEPH J. GIRAUDO, RAYMOND A. GRINSELL, KEVIN B. CULLINANE, JAMES F. APPENRODT, ABRAHAM S. FARAG, and others known and unknown to the Grand Jury, did knowingly and with intent to defraud, devise and participate in a scheme and artifice to defraud beneficiaries and to obtain money and property from beneficiaries by means of materially false and fraudulent pretenses, representations, and promises, and, for purposes of executing such scheme, to use and knowingly cause to be used the United States mail and private or commercial interstate carriers.

17.     The purpose of the scheme was to fraudulently acquire title to dozens of selected properties sold at public auctions in San Mateo County and to divert money to co-schemers that would have gone to beneficiaries.

### MEANS AND METHODS OF THE SCHEME TO DEFRAUD

18.     For the purpose of forming and carrying out the charged scheme to defraud, the defendants and co-schemers did those things that they schemed to do, including, among other things:

a.     paying co-schemers monies that otherwise would have gone to beneficiaries;

b.     taking steps to conceal the fact that monies were diverted from beneficiaries to co-schemers;

c.     making and causing to be made materially false and misleading statements on records of public auctions that trustees relied upon to distribute proceeds from the public auction to beneficiaries and convey title to selected properties sold at the public auctions; and

d.     causing the suppressed purchase price to be reported to beneficiaries.

### USE OF THE MAILS

19.     To carry out and attempt to carry out the scheme and artifice to defraud, the defendants and co-schemers knowingly used and caused to be used the United States Postal Service and private or commercial interstate carriers. For example, the defendants and

5

co-schemers caused trustees to use the United States mail and private or commercial interstate carriers to transmit the Trustee's Deeds Upon Sale ("TDUS") and other related documents to participants in the scheme. These mailings were foreseeable to the defendants and mailed in the ordinary course of business.

20.     On or about the dates and with respect to the individual defendants specified as to each count set forth below, the defendants and co-schemers did knowingly cause to be delivered by United States mail and private and commercial carriers, including the United States Postal Service, United Parcel Service, and FedEx, the items identified in each count below:

| Count | Defendants | Approx. Date of Mailing | To | From | Description of Mailing |
|---|---|---|---|---|---|
| 2 | Joseph Giraudo Raymond Grinsell Kevin Cullinane Abraham Farag | 3/9/2010 | 10 Santa Gina Ct., Hillsborough, CA 94010 | Default Resolution Network | TDUS Regarding: 2544 Emmett Way, East Palo Alto, CA |
| 3 | Joseph Giraudo Raymond Grinsell Kevin Cullinane James Appenrodt | 4/5/2010 | 311 S. Ellsworth Ave. San Mateo, CA 94401 | Regional Trustee Services | TDUS Regarding: 974 Gellert Blvd., Daly City, CA |
| 4 | Joseph Giraudo Kevin Cullinane James Appenrodt Abraham Farag | 5/13/2010 | 2300 Bridgeway, Sausalito, CA 94965 | NDeX West, L.L.C. | TDUS Regarding: 91 El Portal Way, Daly City, CA |
| 5 | Joseph Giraudo Raymond Grinsell James Appenrodt | 9/10/2010 | 63 Bovet Rd. #354 San Mateo, CA 94403 | Quality Loan Service Corp. | TDUS Regarding: 81 Highland Ave, San Carlos, CA |

//

6

JURISDICTION AND VENUE

21.     The scheme and artifice to defraud charged in these Counts was carried out, in part, in the Northern District of California, within the five years preceding the return of this Indictment.

ALL IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1341.

**COUNT SIX: 15 U.S.C. § 1 – Bid Rigging (San Francisco County)**

The Grand Jury further charges that:

22.     The following individuals are hereby indicted and made defendants on the charges stated in Count Six below:

        a.      JOSEPH J. GIRAUDO;

        b.      RAYMOND A. GRINSELL; and

        c.      JAMES F. APPENRODT.

THE COMBINATION AND CONSPIRACY

23.     Paragraphs 1 through 3 and paragraph 5 of this Indictment are re-alleged and incorporated herein as if fully set forth in this Count.

24.     Beginning no later than November 2008 and continuing until on or about January 11, 2011, the exact dates being unknown to the Grand Jury, the defendants, JOSEPH J. GIRAUDO, RAYMOND A. GRINSELL, JAMES F. APPENRODT, and others known and unknown to the Grand Jury, entered into and engaged in a combination and conspiracy to suppress and restrain competition by rigging bids to obtain dozens of selected properties offered at public auctions in San Francisco County in the Northern District of California, in unreasonable restraint of interstate trade and commerce, in violation of Section 1 of the Sherman Act, Title 15, United States Code.

25.     The charged combination and conspiracy consisted of a continuing agreement, understanding, and concert of action among the defendants and co-conspirators to suppress competition by agreeing to refrain from or stop bidding against each other to purchase dozens of selected properties at public auctions in San Francisco County at non-competitive prices.

//

7

1

## MEANS AND METHODS

2    26.    For the purpose of forming and carrying out the charged combination and

3 conspiracy, the defendants and co-conspirators did those things that they combined and

4 conspired to do, including, among other things:

5    a.    agreeing not to compete or to stop competing to purchase selected

6 properties at public auctions in returns for payoffs;

7    b.    designating which conspirators would win selected properties at public

8 auctions;

9    c.    refraining from or stopping bidding for selected properties at public

10 auctions; and,

11    d.    purchasing selected properties at public auctions at artificially suppressed

12 prices.

13    27.    Various entities and individuals, not made defendants in this Count, participated

14 as co-conspirators in the offense charged and performed acts and made statements in furtherance

15 thereof.

16

## TRADE AND COMMERCE

17    28.    The public auctions and the business activities of the defendants and co-

18 conspirators that are the subject of this Count were within the continuous and uninterrupted flow

19 of, and substantially affected, interstate trade and commerce.  For example, during the period

20 covered by this Count:

21    a.    substantial proceeds from the sale of properties purchased by the co-

22 conspirators pursuant to the bid-rigging conspiracy were transmitted from locations in one state

23 to certain beneficiaries located in other states;

24    b.    instructions regarding the terms of sale of properties that would be

25 purchased by the co-conspirators pursuant to the bid-rigging conspiracy were transmitted and

26 communicated by certain beneficiaries located in one state to trustees located in other states;

27    c.    paperwork related to the sale of properties purchased by the co-

28 conspirators pursuant to the bid-rigging conspiracy was sent by trustees located in one state to

8

1  certain beneficiaries located in other states, notifying them of the sale of properties in which the

2  beneficiaries held an interest; and

3          d.     beneficiaries included companies that operated in interstate commerce.

4  JURISDICTION AND VENUE

5      29.    The combination and conspiracy charged in this Count was carried out, in part, in

6  the Northern District of California, within the five years preceding the return of this Indictment.

7  ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

8  **COUNTS SEVEN & EIGHT: 18 U.S.C. § 1341 – Mail Fraud (San Francisco County)**

9  The Grand Jury further charges that:

10  THE SCHEME TO DEFRAUD

11      30.    Paragraphs 1 through 3 and paragraph 5 of this Indictment are re-alleged and

12  incorporated herein as if fully set forth in these Counts.

13      31.    Beginning no later than November 2008 and continuing until on or about January

14  11, 2011, the exact dates being unknown to the Grand Jury, in San Francisco County in the

15  Northern District of California, the defendants, JOSEPH J. GIRAUDO, RAYMOND A.

16  GRINSELL, JAMES F. APPENRODT, and others known and unknown to the Grand Jury, did

17  knowingly and with intent to defraud, devise and participate in a scheme and artifice to defraud

18  beneficiaries and to obtain money and property from beneficiaries by means of materially false

19  and fraudulent pretenses, representations, and promises, and, for purposes of executing such

20  scheme, to use and knowingly cause to be used the United States mail and private or commercial

21  interstate carriers.

22      32.    The purpose of the scheme was to fraudulently acquire title to dozens of selected

23  properties sold at public auctions in San Francisco County and to divert money to co-schemers

24  that would have gone to beneficiaries.

25  //

26  //

27  //

28  //

9

MEANS AND METHODS OF THE SCHEME TO DEFRAUD

33.     For the purpose of forming and carrying out the charged scheme to defraud, the defendants and co-schemers did those things that they schemed to do, including, among other things:

      a.     paying co-schemers monies that otherwise would have gone to beneficiaries;

      b.     taking steps to conceal the fact that monies were diverted from beneficiaries to co-schemers;

      c.     making and causing to be made materially false and misleading statements on records of public auctions that trustees relied upon to distribute proceeds from the public auction to beneficiaries and convey title to properties sold at the public auctions; and

      d.     causing the suppressed purchase price to be reported to beneficiaries.

USE OF THE MAILS

34.     To carry out and attempt to carry out the scheme and artifice to defraud, the defendants and co-schemers knowingly used and caused to be used the United States Postal Service and private or commercial interstate carriers.  For example, the defendants and co-schemers caused trustees to use the United States mail and private or commercial interstate carriers to transmit TDUSs and other related documents to participants in the scheme.  These mailings were foreseeable to the defendants and mailed in the ordinary course of business.

35.     On or about the dates and with respect to the individual defendants specified as to each count set forth below, the defendants and co-schemers did knowingly cause to be delivered by United States mail and private and commercial carriers, including the United States Postal Service, United Parcel Service, and FedEx, the items identified in each count below:

//

//

//

//

//

| Count | Defendants | Approx. Date of Mailing | To | From | Description of Mailing |
|-------|-----------|-------------------------|-----|------|------------------------|
| 7 | Joseph Giraudo<br>Raymond Grinsell | 7/8/2010 | 2010 Ocean Ave.<br>Suite E<br>San Francisco, CA 94127 | CR Title Services Inc. | TDUS Regarding:<br><br>4126 Pacheco St.<br>San Francisco, CA |
| 8 | Joseph Giraudo<br>Raymond Grinsell<br>James Appenrodt | 7/23/2010 | 1138 Taylor St.<br>San Francisco, CA 94108 | Northwest Trustee Services, Inc. | TDUS Regarding:<br><br>2094 46th Ave<br>San Francisco, CA |

## JURISDICTION AND VENUE

36.    The scheme and artifice to defraud charged in these Counts was carried out, in part, in the Northern District of California, within the five years preceding the return of this Indictment.

ALL IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1341.

**FORFEITURE ALLEGATION: 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)**

37.    Paragraphs 1 through 6, paragraphs 15 through 21, and paragraphs 30 through 36 are hereby re-alleged as if fully set forth herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

38.    Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), upon conviction of the offenses alleged in Counts Two, Three, Four, Five, Seven, and Eight of this Indictment, each defendant so convicted shall be jointly and severally liable to forfeit to the United States any property constituting, or derived from, proceeds obtained directly or indirectly from the scheme and artifice to defraud alleged in said Counts.

39.    If, as a result of any act or omission of the defendants, any of said property:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

11

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property that cannot be divided without difficulty;

any and all interest that the defendants have in any other property, up to the value of the property described in Paragraph 38 above, shall be forfeited to the United States pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

//

Dated: _11-21-14_               A TRUE BILL.


_____
FOREPERSON


_____
Brent Snyder
Deputy Assistant Attorney General


_____
Marc Siegel
Chief, San Francisco Office


_____
Marvin N. Price
Director of Criminal Enforcement
United States Department of Justice
Antitrust Division


_____
E. Kate Patchen
Assistant Chief, San Francisco Office


_____
Brian J. Stretch
Attorney for the United States
Acting Under Authority Conferred
by 28 U.S.C. § 515


_____
David J. Ward
Christina M. Wheeler
Lidia Maher
Andrew Nicholson-Meade
United States Department of Justice
Antitrust Division

12