UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Notice of Related Cases has been filed that the following cases are related within the meaning of Crim. L.R. 8-1(b):

| CR 11-795 CRB | USA v. Gary Anderson |
|---|---|
| CR11-796 CRB | USA v. Patrick Campion |
| CR11-797 CRB | USA v. James Doherty |
| CR11-798 CRB | USA v. Keith Goodman |
| CR11-799 CRB | USA v. Craig Lipton |
| CR11-800 CRB | USA v. Troy Kent |
| CR11-801 CRB | USA v. Laith Salma |
| CR11-802 CRB | USA v. Henri Pessah |
| CR12-300 CRB | USA v. Matthew Worthing |
| CR12-301 CRB | USA v. Lydia Fong |
| CR12-785 CRB | USA v. Norman Montalvo |
| CR13-069 CRB | USA v. Gilbert Chung |
| CR13-246 CRB | USA v. Mohammed Rezaian |
| CR13-388 CRB | USA v. Robert Williams |
| CR13-587 CRB | USA v. Daniel Rosenbledt |
| CR13-670 CRB | USA v. Kua Hsuan "Chuck" Chang |
| CR13-804 CRB | USA v. Michael Navone |
| CR13-805 CRB | USA v. Florence Fung |
| CR14-534 WHO | USA v. Joseph J. Giraudo, Raymond A. Grinsell, Kevin B. Cullinane, James F. Appendrodt and Abraham S. Farag |

**ORDER**

The time for filing a statement to support or oppose the Notice has passed. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ]     ARE NOT RELATED as defined by Crim. L.R. 8-1(b).

[ ]     ARE RELATED as defined by Crim. L.R. 8-1(b). I find, however, that reassignment to me of the action(s) currently assigned to another judge is not warranted.

[X]     ARE RELATED as defined by Crim. L.R. 8-1(b). Pursuant to Crim. L.R. 8-1(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials **CRB** immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

DATED: November 3, 2014

_____
CHARLES R. BREYER,
UNITED STATES DISTRICT JUDGE