1  DAVID J. WARD (CSBN 239504)
   CHRISTINA M. WHEELER (CSBN 203395)
2  LIDIA MAHER (CSBN 222253)
   ANDREW J. NICHOLSON-MEADE (CSBN 284070)
3  U.S. Department of Justice
4  Antitrust Division
   450 Golden Gate Avenue
5  Box 36046, Room 10-0101
6  San Francisco, CA 94102
   christina.wheeler@usdoj.gov
7  Telephone: (415) 934-5300

8  Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | **UNITED STATES' REQUEST FOR JUDICIAL NOTICE OF CRIME VICTIM NOTIFICATION PROCEDURE** |
|---|---|
| v. | |
| JOSEPH J. GIRAUDO, RAYMOND A. GRINSELL, KEVIN B. CULLINANE, JAMES F. APPENRODT, and ABRAHAM S. FARAG, Defendants. | No. CR 14-00534 CRB |

The Court recently related this matter to *United States v. Anderson*, No. CR 11-00795 CRB, among others. *See* Related Case Order (Dkt. #2). Under Rule 201 of the Federal Rules of Evidence, the United States requests the Court take judicial notice of its Order Establishing Procedure for Crime Victim Notification pursuant to 18 U.S.C. § 3771 in the *Anderson* case. *See* Exhibit A: *United States v. Anderson*, CR 11-00795 CRB (Dkt. #28). This order adopted a

//
//
//

REQUEST FOR JUDICIAL NOTICE – 1
U.S. v. GIRAUDO, ET AL., CR 14-00534 CRB

procedure for notifying crime victims for "all future cases related under Crim. L.R. 8-1(b)."
Accordingly, the United States will be following this procedure in the *Giraudo, et al.* matter.

DATED: November 6, 2014        Respectfully submitted,

/s/
CHRISTINA M. WHEELER
DAVID J. WARD
LIDIA MAHER
ANDREW J. NICHOLSON-MEADE
Trial Attorneys
United States Department of Justice
Antitrust Division

# EXHIBIT A

JEANE M. HAMILTON (CSBN 157834)
ALBERT B. SAMBAT (CSBN 236472)
DAVID J. WARD (CSBN 239504)
CHRISTINA M. WHEELER (CSBN 203395)
MANISH KUMAR (CSBN 269493)
MICAH L. WYATT (CSBN 267465)
LIDIA MAHER (CSBN 222253)
E. KATE PATCHEN (NYRN 41204634)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
jeane.hamilton@usdoj.gov
Telephone: (415) 436-6660

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARY ANDERSON,<br>        Defendant. | [~~PROPOSED~~] ORDER ESTABLISHING PROCEDURE FOR CRIME VICTIM NOTIFICATION PURSUANT TO 18 U.S.C. § 3771<br><br>No. CR 11-00795 CRB<br>Filed October 27, 2011 |
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK CAMPION,<br>        Defendant. | No. CR 11-00796 CRB<br>Filed October 27, 2011 |

[CAPTION CONTINUES ON NEXT PAGE]

| | | |
|---|---|---|
| 1 | | |
| 2 | UNITED STATES OF AMERICA ) | |
| 3 | ) | No. CR 11-00797 CRB |
| | v. ) | Filed October 27, 2011 |
| 4 | ) | |
| | JAMES DOHERTY, ) | |
| 5 | Defendant. ) | |
| 6 | ) | |
| 7 | UNITED STATES OF AMERICA ) | |
| 8 | ) | No. CR 11-00798 CRB |
| | v. ) | Filed October 27, 2011 |
| 9 | ) | |
| | KEITH GOODMAN, ) | |
| 10 | Defendant. ) | |
| 11 | ) | |
| 12 | UNITED STATES OF AMERICA ) | |
| 13 | ) | No. CR 11-00799 CRB |
| | v. ) | Filed October 27, 2011 |
| 14 | ) | |
| | CRAIG LIPTON, ) | |
| 15 | Defendant. ) | |
| 16 | ) | |
| 17 | UNITED STATES OF AMERICA ) | |
| 18 | ) | No. CR 11-00800 CRB |
| | v. ) | Filed October 27, 2011 |
| 19 | ) | |
| | TROY KENT, ) | |
| 20 | Defendant. ) | |
| 21 | ) | |
| 22 | UNITED STATES OF AMERICA ) | |
| 23 | ) | No. CR 11-00801 CRB |
| | v. ) | Filed October 27, 2011 |
| 24 | ) | |
| | LAITH SALMA, ) | |
| 25 | Defendant. ) | |
| 26 | | |
| 27 | [CAPTION CONTINUES ON NEXT PAGE] | |
| 28 | | |

*U.S. v. GARY ANDERSON*; CR 11-00795 CRB
[PROPOSED] ORDER                                    2

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA | ) |
| 2 | | ) No. CR 11-00802 CRB |
| 3 | v. | ) Filed October 27, 2011 |
| 4 | HENRI PESSAH, | ) |
| 5 |          Defendant. | ) |
| 6 | UNITED STATES OF AMERICA | ) |
| 7 | | ) No. CR 12-0300 CRB |
| 8 | v. | ) Filed April 26, 2012 |
| 9 | MATTHEW WORTHING, | ) |
| 10 |          Defendant. | ) |
| 11 | UNITED STATES OF AMERICA | ) |
| 12 | | ) No. CR 12-0301 CRB |
| 13 | v. | ) Filed April 26, 2012 |
| 14 | LYDIA FONG, | ) |
| 15 |          Defendant. | ) |
| 16 | UNITED STATES OF AMERICA | ) |
| 17 | | ) No. CR 12-0785 CRB |
| 18 | v. | ) Filed November 1, 2012 |
| 19 | NORMAN MONTALVO, | ) |
| |          Defendant. | ) |

     On this date, the Court considered the Motion for Authorization to Give Crime Victim Notification Pursuant to 18 U.S.C. § 3771, filed by the United States Department of Justice, Antitrust Division. Having considered the Motion and for good cause shown, the Court GRANTS the Motion and hereby ORDERS that for any public court proceeding, or any parole proceeding, involving the crime or any release or escape of the accused in this case, the Antitrust Division may provide reasonable, accurate, and timely notice through its web site, http://www.justice.gov/atr/victim/index.html, through press releases, and through direct mailings

//

to the trustee companies, rather than individual notices to the crime victims, for currently filed cases and those which may be filed in the future.

This order applies to the above-captioned cases and to all future cases related under Crim. L.R. 8-1(b).

**IT IS SO ORDERED.**

Dated: December 19, 2012



Judge Charles R. Breyer