UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: January 21, 2015          (18 minutes)

Case No. CR-14-0534 CRB                JUDGE:    **Charles R. Breyer**

JOSEPH J. GIRAUDO
RAYMOND A. GRINSELL
KEVIN B. CULLINANE (app waived)
JAMES F. APPENDRODT               Matthew Jacobs, Veronica Alegra (Giraudo)
ABRAHAM S. FARAG                      Louis Feuchtbaum (Grinsell)
   DEFENDANT(S)                            Doron Weinberg (Cullinane)
                                                       Jeffrey Bornstein (Appendrodt)
Christina Wheeler, Andrew Nicholson-Meade    Ashley Bauer, Dan Wall (Farag)
   U.S. ATTORNEY(s)                       ATTORNEY(s) FOR DEFENDANT(s)


Deputy Clerk: Barbara Espinoza              Reporter: Katherine Sullivan


**PROCEEDINGS**

REASON FOR HEARING     Initial Status Conference


RESULT OF HEARING      Matter continued to June 10, 2015 by request of counsel.


CASE CONTINUED TO     June 10, 2015 at 2:00 p.m.    For Further Status Conference

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

EXCLUDABLE DELAY (Category)    Complexity    Begins   1/21/2015    Ends   6/10/2015

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////