DAVID J. WARD (CSBN 239504)
CHRISTINA M. WHEELER (CSBN 203395)
LIDIA MAHER (CSBN 222253)
ANDREW J. NICHOLSON-MEADE (CSBN 284070)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
christina.wheeler@usdoj.gov
Telephone: (415) 934-5300

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH J. GIRAUDO,<br>RAYMOND A. GRINSELL,<br>KEVIN B. CULLINANE,<br>JAMES F. APPENRODT, and<br>ABRAHAM S. FARAG,<br>              Defendants. | **[PROPOSED] ORDER EXCLUDING TIME FROM COMPUTATION UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161,** *et seq.*<br><br>No. CR 14-00534 CRB |

    The parties appeared before this Court on January 21, 2015, for a status hearing in the above-captioned matter. All parties requested that time be excluded under the Speedy Trial Act from January 21, 2015, to June 10, 2015.

    The Court finds that the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial. *See* 18 U.S.C. §3161(h)(7)(A). Failing to exclude the time between January 21, 2015, and June 10, 2015, would unreasonably deny the defendants reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that due to the

1 | complexity of the case "it is unreasonable to expect adequate preparation for pretrial proceedings
2 | or for the trial itself within the time limits established by [the Act]." 18 U.S.C.
3 | § 3161(h)(7)(B)(ii).
4 |     Based on these findings, IT IS HEREBY ORDERED that the time period from January
5 | 21, 2015, until June 10, 2015, is excluded from computation under the Speedy Trial Act,
6 | 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv).
7 | **IT IS SO ORDERED**.

DATED: January 23, 2015

HON. CHARLES R. BREYER
United States Senior District Judge