DAVID J. WARD (CSBN 239504)
LIDIA MAHER (CSBN 222253)
ANDREW J. NICHOLSON-MEADE (CSBN 284070)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
david.ward@usdoj.gov
Telephone: (415) 934-5300

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH J. GIRAUDO,<br>RAYMOND A. GRINSELL,<br>KEVIN B. CULLINANE,<br>JAMES F. APPENRODT, and<br>ABRAHAM S. FARAG,<br>                Defendants. | **GOVERNMENT'S RESPONSE TO DEFENDANTS'** *EX PARTE* **STATUS REPORT**<br><br>No. CR 14-00534 CRB |

The government files this response to the last-minute, *ex parte* status report regarding discovery, filed by the defendants with this Court at 5:20 p.m. today. The government began producing discovery materials in December 2014, and completed the overwhelming majority of its production by March 2015.[1] While the discovery is extensive, the government has made significant efforts to organize and streamline the materials to aid the defendants in their review and preparation for trial. The government has provided detailed indices with its productions, and

---

[1] The government made several small supplemental productions between March 2015 and May 2015, when it completed its discovery obligations required Federal Rule of Criminal Procedure 16.

RESPONSE TO DEFS'
*EX PARTE* FILING                       1                       CR 14-00534 CRB

has produced the materials in formats that are searchable and can be viewed in any commercial document review software. It has also agreed to both of the requests it received for voluntary disclosures (one by defendant Grinsell and one by defendant Appenrodt). These disclosures go well beyond the government's discovery obligations. The government voluntarily produced a list of the audio recordings it intends to draw from for its case-in-chief, identifying each by date, county, and identifying any defendant who appeared. The government has also voluntarily disclosed a list of the properties subject to the fraud and bid-rigging conspiracies alleged in the Indictment. These disclosures greatly narrow the scope of evidence produced to the defendants that the government intends to draw from at trial.

The government has not received requests for supplemental information, or further disclosures related to the discovery, from any of the other defendants. The government nonetheless remains willing to work with the defendants to prepare this case for trial. To that end, at the government's suggestion, the parties have tentatively agreed to meet and confer on discovery in the coming weeks.

Status of Discovery

- In December 2014, the government produced to the defendants the covert audio-video recordings made in this investigation. The recordings were produced in a format that could be played in Windows Media or other commercial audio- and video-viewing software. This discovery was accompanied by detailed indices listing the date and county of each recording, allowing them to be easily cross-referenced to the FBI 302 reports documenting the collusive activity captured on the recordings. The government then voluntarily provided to all the defendants a list of the 167 audio-video recordings (each between 30-60 minutes), segments which the government intends to draw from in its case-in-chief. The list identifies any defendant heard or seen in each recording.

- In January 2015, the government produced all of the materials seized pursuant to the search warrants executed in this case. This discovery was accompanied by indices listing the individual from whom the materials were seized. This discovery was produced in a TIFF/Text format, allowing it to be loaded and

1  searched in any major document management software program.
- In March 2015, the government produced the subpoenaed and voluntarily-produced documents obtained in this investigation, along with the FBI 302s, interview write-ups, and FBI surveillance reports. The reports were all produced in PDF format, allowing them to be key-word searched.  The government also produced an index listing the name and date of each interview. The subpoenaed production included an index listing who produced the document. This discovery was also produced in TIFF/Text format for easy loading and searching.
- In May 2015, at the request of defendant Grinsell, the government voluntarily disclosed to all the defendants a list of properties it believes were subject to the fraud and bid-rigging conspiracies - 313 properties in San Mateo and 92 properties in San Francisco.

The government has completed its Fed. R. Crim. Pro 16 discovery.  It will continue to meet its obligations under the Jencks Act, *Brady v. Maryland*, and *Giglio v. United States*.

Next Hearing

The government does not oppose the defendants' request to schedule the next hearing in this matter for September 9, 2015.  The government respectfully asks, however, that any discovery disputes that the parties cannot resolve be referred to a magistrate and resolved *prior to* the hearing date so that the parties can be prepared set a motions schedule on Sept. 9.  This would include a motion to dismiss, which is the proper vehicle for the defendants to challenge the sufficiency of the government's Indictment, particularly as it relates to the fraud charges.

Respectfully Submitted,

Dated: June 9, 2015                    /s/
DAVID WARD
LIDIA MAHER
ANDREW NICHOLSON-MEADE
Trial Attorneys
Antitrust Division
United States Department of Justice