In the United States District Court

For the Northern District of California

District Judge CHARLES R. BREYER

**CRIMINAL MINUTES**

**Date:** June 10, 2015     **Time:** 2 minutes

**Court Reporter:** Belle Ball

**Case No. and Name:** CR-14-0534 CRB   USA v Joseph J. Giraudo (P), Raymond A. Grinsell (P), Kevin B. Cullinane (Presence Waived), James Appendrodt (P) and Abraham S. Farag (P)

**Attorneys:  (P)** David Ward     **(D)** Matthew Jacobs and Colin McDonell, Louis Feuchtbaum and William Taylor, Doron Weinberg, Jeffrey Bornstein and Aaron Fischer, Ashley Bauer

**USPO:**

**Deputy Clerk:** Barbara Espinoza

**PROCEEDINGS:**

Status conference

**SUMMARY:**

Held, matter continued with time excluded from 6/10/2015 to 9/9/2015 for effective preparation of counsel.

Status conference set for September 9, 2015 at 2:00 pm.

**()** Defendant is remanded to the custody of the United States Marshal.