In the United States District Court

For the Northern District of California

District Judge CHARLES R. BREYER

CRIMINAL MINUTES

**Date:**  February 29, 2016                                    **Time:**  7 hours

**Court Reporter:**  Sarah Goekler

**Case No. and Name:** CR-14-0534CRB     USA v J Giraudo, R. Grinsell, K. Cullinane and A. Farag (present)
J. Appendrodt (presence waived).

**Attorneys:**  **(P)** David Ward, Lydia Maher     **(D)** Matthew Jacobs, Louis Feuchtbaum, William Taylor, Doron Weinberg, Ashley Bauer, Daniel Wall,  Jeffrey Bornstein

**Deputy Clerk:**  Barbara Espinoza

PROCEEDINGS:

Evidentiary hearing re motion to suppress #58

SUMMARY:

Hearing continued from February 11, 2016

**Witness:**  Rahn Wynar, Agt Byrns, Agt Debra Bond

**Government Exhibits:**  39, 38, 37, 34, 11, 12, 13, 17, 18, 19, 20, 21, 22, 14, 15

**Defense Exhibits:**  8 (redacted), 11, 13, 14, 15, 16, 17, 12 A thru R, 18, 19, 20, 21, 22, 25, 27 thru 50, 51 (under seal), 52

Government to decide to recall call witness' for cross examination, the defendants to decide if they will be resting prior to getting to the fruits. Defendants to submit their opening brief with the government to reply.

() The defendant is remanded to the custody of the United States Marshal.