UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No**:** **CR-14-0534CRB**   Case Name: **UNITED STATES OF AMERICA** v **J. GIRUADO, R. GRINSELL, K. CULLINANE, J. APPENDRODT, A. FARAG**

**EXHIBIT and WITNESS LIST**

| **JUDGE:** CHARLES R. BREYER | **PLAINTIFF ATTORNEY:** David Ward, Lidia Maher | **DEFENSE ATTORNEY**: Matthew Jacobs, Louis Feuchtbaum, Wm Taylor, Doron Weinberg, Jeffrey Bornstein, Ashley Bauer, Daniel Wall |
|---|---|---|
| **TRIAL DATE:** January 29, 2016 | **REPORTER(S):** Sarah | **CLERK**: Barbara Espinoza |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 9:00a.   All counsel present, defendants J Giraudo and A. Farag present.  The presence of James F. Appendrodt waived |  |
|  |  |  |  |  | 9:06a.   Case called, R Grinsell and K Cullinane to be present, counsel waives their appearance for the Court to proceeds. |  |
|  | 8 |  | ✔ | ✔ | **Exhibit 8** redacted - admitted in place of original admitted on 2/11/2016 | D |
|  |  |  |  |  | 9:10a.   Witness *Rome Wynar* resumes the witness stand, cross examination resumes |  |
| 39 |  |  | ✔ | ✔ | 9:43a.   Exhibit                                  9:44a.  admitted | G |
| 38 |  |  | ✔ | ✔ | 9:44a.   Exhibit                                  9:45a.  admitted | G |
| 37 |  |  | ✔ | ✔ | 9:46a.   Exhibit                                  9:47a.  admitted | G |
| 34 |  |  | ✔ | ✔ | 9:50a.   Exhibit | G |
| 11 |  |  | ✔ | ✔ | 9:53a.   Exhibit                                  9:55a.  admitted | G |
| 12 |  |  | ✔ | ✔ | 9:57a.   Exhibit     (video) | G |
| 13 |  |  | ✔ | ✔ | 10:04a.  Exhibit    (video) | G |
| 17 |  |  | ✔ | ✔ | 10:08a.  Exhibit                                 10:10a.  admitted | G |
| 18 |  |  | ✔ | ✔ | 10:11a.  Exhibit | G |
| 19 |  |  | ✔ | ✔ | 10:14a.  Exhibit | G |
| 20 |  |  | ✔ | ✔ | 10:15a.  Exhibit    (video) | G |
| 21 |  |  | ✔ | ✔ | 10:17a.  Exhibit    (video) | G |
| 22 |  |  | ✔ | ✔ | 10:19a.  Exhibit    (video) | G |
| 14 |  |  | ✔ | ✔ | 10:31a.  Exhibit                                 10:32a.  admitted | G |
| 15 |  |  | ✔ | ✔ | 10:33a.  Exhibit    (video) | G |
|  |  |  |  |  | 11:04a.  Recess |  |

| | | | | | |
|---|---|---|---|---|---|
| | | | | 11:23a. Reconvenes | |
| | | | | Court suspends cross examination at this point | |
| | | | | 11:29a. M Jacobs begins redirect | |
| | | ✔ | | 11:30a. Exhibit ( video played) | D |
| 11 | | ✔ | ✔ | 11:33a. Exhibit   FD302 report | D |
| 13 | | | ✔ | 11:38a. Exhibit (video) | D |
| 14 | | ✔ | ✔ | Exhibit (ltr) | D |
| 15 | | ✔ | | 11:40a. Exhibit (listing) | D |
| 16 | | ✔ | | 11:57a. Exhibit (FBI interview 3/13/2015) | D |
| 17 | | ✔ | ✔ | 12:14p. Exhibit (FD759)     12:15p. admitted | D |
| 12 A- R | | ✔ | ✔ | 12:55p. Exhibits     12:57p. admitted | |
| | | | | 1:00p. Recess | |
| 15, 16 | | | ✔ | 1:47p. Reconvenes.  Exhibits admitted | D |
| | | | | 2:16p. M. Jacobs concludes redirect. D. Wall for A. Farag begins direct | |
| 18 | | ✔ | ✔ | 2:20p. Exhibit     2:24p. admitted | D |
| 19 | | ✔ | ✔ | 2:22p. Exhibit (CSH reporting)  2:24p. admitted | D |
| | | | | 2:40p. D. Wall concludes direct. J. Bornstein for J. Appendrodt begins direct | |
| | | | | 2:42p. J. Bornstein concludes direct. Witness subject to recall. Witness Agent Byrns called. J. Bornstein begins direct | D |
| 20 | | ✔ | ✔ | 3:01p. Exhibit | D |
| 21 | | ✔ | ✔ | Exhibit | D |
| 22 | | ✔ | ✔ | 3:02p. Exhibit. J. Bornstein concludes direct. Witness subject to recall. Agt Debra Bond called | D |
| | | | | 3:18p. Witness takes the stand, Louie Feuchtbaum begins direct | |
| 23 | | ✔ | | 3:23p. Exhibit | D |
| 24 | | ✔ | | Exhibit | |
| 25 | | ✔ | ✔ | 3:28p. Exhibit     3:30p. admitted | D |
| 26 | | ✔ | | Exhibit | D |
| | | | | 3:58p. L. Feuchtbaum concludes direct. Agt Byrn resumes the witness stand | |
| 27 thru 50 | | ✔ | ✔ | 4:14p. Exhibit | D |
| 51 | | ✔ | ✔ | 4:15p. Exhibit | D |

| 52 | ✔ | ✔ | 4:15p. Exhibit | D |