LIDIA MAHER (CSBN 222253)
ANDREW J. NICHOLSON-MEADE (CSBN 284070)
KEVIN B. HART (NYRN 3038031)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
lidia.maher@usdoj.gov
Telephone: (415) 934-5300

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH J. GIRAUDO,<br>RAYMOND A. GRINSELL,<br>KEVIN B. CULLINANE,<br>JAMES F. APPENRODT, and<br>ABRAHAM S. FARAG,<br><br>Defendants. | CASE NO. CR 3:14-00534 CRB<br><br>**UNITED STATES' MOTION TO DISMISS COUNTS 2 THROUGH 5, 7, AND 8, AND FORFEITURE ALLEGATION FROM INDICTMENT** |

The United States, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss Counts 2 through 5, 7, and 8, and the forfeiture allegation (paragraphs 37 through 39) from the indictment in the above-captioned matter with prejudice. Counts 2 through 5, 7, and 8 charge various defendants with mail fraud, in violation of 18 U.S.C. § 1341.

/ /

/ /

/ /

/ /

1  The United States intends to continue its prosecution of Counts 1 and 6, which charge various
2  defendants with bid rigging in violation of 15 U.S.C. § 1.

5  DATED: October 12, 2016                    Respectfully submitted,

                                              _____/s/_____
                                              Lidia Maher
                                              Andrew Nicholson-Meade
                                              Kevin B. Hart
                                              Trial Attorneys
                                              Antitrust Division
                                              U.S. Department of Justice