IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABRAHAM S. FARAG,<br><br>Defendant. | Case No. 14-cr-00534-CRB-1<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT ABRAHAM FARAG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL [299]** |

Defendant Abraham Farag moves to file under seal a variety of documents (dkt. 299). Defendant may file under seal the following:

- The phone numbers in Exhibit 21;
- In the sentencing memorandum, the marked text on page 6, lines 21–23, exclusive of "Letter from Aladdin Farag";
- In the sentencing memorandum, the marked text on page 7, line 17–18 and 23–24, exclusive of "Letter from Bart Andre".

Otherwise, the motion is DENIED. To the extent there is specific information in Exhibits 1 – 19 that Defendant seeks to seal, such as medical information or information about mental health, Defendant may file a motion to redact specific portions of those exhibits.

**IT IS SO ORDERED.**

Dated: April 24, 2018



CHARLES R. BREYER
United States District Judge