JEFFREY L. BORNSTEIN – 099358
ANDREW G. SPORE – 308756
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email:       jbornstein@rbgg.com
                    aspore@rbgg.com

Attorneys for Defendant
JAMES F. APPENRODT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>JOSEPH J. GIRAUDO; RAYMOND A. GRINSELL; KEVIN B. CULLINANE; JAMES F. APPENRODT; and ABRAHAM S. FARAG,<br><br>             Defendants. | Case No. 14-cr-0534-CRB<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL JEFFREY L. BORNSTEIN** |

1  NOTICE IS HEREBY GIVEN that counsel Jeffrey L. Bornstein will be unavailable
2  and out of the state on May 23, May 24, and May 25, 2018.

3  DATED:  April 26, 2018        Respectfully submitted,

        ROSEN BIEN GALVAN & GRUNFELD LLP


        By:    */s/ Jeffrey L. Bornstein*
               Jeffrey L. Bornstein

        Attorneys for Defendant JAMES F. APPENRODT